**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARCO MARTINEZ-SEREN, AKA Marco Martinez Seren,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

No.     19-72927

Agency No. A200-115-388

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 19, 2022[**]

Before:     SILVERMAN, CLIFTON, and HURWITZ, Circuit Judges.

Marco Martinez-Seren, a native and citizen of Honduras, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen and remand removal proceedings. We have jurisdiction under 8 U.S.C.

§ 1252. We review the BIA's denial of a motion to reopen and remand for abuse

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

of discretion.  *Movsisian v. Ashcroft*, 395 F.3d 1095, 1098 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying Martinez-Seren's motion to reopen and remand to apply for cancellation of removal where he failed to establish prima facie eligibility for the relief sought.  *See Garcia v. Holder*, 621 F.3d 906, 912 (9th Cir. 2010) (providing that a motion to reopen will not be granted absent a showing of prima facie eligibility for relief based on demonstrating "a reasonable likelihood that the statutory requirements for relief have been satisfied" (internal quotation marks and citation omitted)).

We reject as unsupported by the record Martinez-Seren's contentions that the BIA ignored evidence or otherwise erred in its analysis of his motion.

**PETITION FOR REVIEW DENIED.**